**Opinion issued March 31, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

**NO. 01-25-00965-CV**

———————————————

**ANTHONY P. GRIFFIN, INC., ET AL., Appellants**

**V.**

**GALVESTON COUNTY, ET AL., Appellees**

---

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Case No. 20-TX-0289**

---

**MEMORANDUM OPINION**

Anthony P. Griffin, who is proceeding pro se on his own behalf and on behalf of other unnamed appellants, has not paid the fee for the clerk's record or the required filing fee and has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no

clerk's record filed due to appellant's fault); *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No.24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in courts of appeals).

Appellants failed to respond to our notices of December 3, 2025 (non-payment of fee for the clerk's record) and December 10, 2025 (non-payment for filing fee), which advised appellants that, should they not pay the fee for the clerk's record or the filing fee or establish indigence, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). Appellants have not responded to this Court's notices.

We dismiss the appeal. *See* TEX. R. APP. P. 42.3, 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.